**Electronically Filed**
**Supreme Court**
**SCWC-18-0000381**
**23-SEP-2019**
**10:17 AM**

SCWC-18-0000381

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

DAWN NAEOLE,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000381; 1PC161001997)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.,)

Petitioner/Defendant-Appellee Dawn Naeole's application
for writ of certiorari filed on August 12, 2019, is hereby
accepted and will be scheduled for oral argument.  The parties
will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, September 23, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

